FILED VIA MAIL
JACKSONVILLE, FLORIDA

APR 2 7 2015

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF FLORIDA**
**(Jacksonville Division)**

In re:                                      CASE 3:15-BK-341-PMG
                                            Chapter 7
REMI GUNN

Debtor,
_____/

## CREDITOR'S MOTION TO VOLUNTARY DISMISS INVOLUNTARY PETITION

Creditor, James M. Thompson, *pro se* who hereby files Creditor's Motion to Voluntary Dismiss Involuntary Petition in regard to the above styled case.

WHEREFORE, Creditor seeks the following relief: entry of an order sustaining Creditor's Motion to Voluntary Dismiss Involuntary Petition in its entirety.

All rights reserved.

Respectively submitted this the 23nd day of April, 2015.

*/s/ James M. Thompson*
JAMES M. THOMPSON, Creditor, *pro se*
5631 SE Laguna Avenue
Stuart, FL 34997
772.283.3749

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been served by the U.S. Mail on April 23, 2015, to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, United States Trustee 400 W Washington Street, Ste. 1100, Orlando, FL 32801-2217and Richard A. Perry, 820 East Fort King Street, Ocala, Florida 34471-2320.

By: _____
JAMES M. THOMPSON, pro se