

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/08/2015 02:30 PM

COURTROOM 300 North Hogan Street

HONORABLE PAUL GLENN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:15-bk-00341-PMG | 7 | 01/28/2015 |

Chapter 7

**DEBTOR:** Remi Gunn

**DEBTOR ATTY:** Richard Perry

**TRUSTEE:** NA

**HEARING:**

EVIDENTIARY HEARING TO DETERMINE DAMAGES/FEES

**APPEARANCES:**:

EVIDENTIARY HEARING TO DETERMINE DAMAGES/FEES

**RULING:** GRANTED FEES AND DAMAGES. O/PERRY
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.